| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant<br>BROOKE BINGHAM |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:16-mj-00029-MJS |
| | ) | |
| Plaintiff, | ) | **MOTION TO VACATE MAY 16, 2017** |
| | ) | **REVIEW HEARING; ORDER** |
| vs. | ) | |
| | ) | |
| BROOKE BINGHAM, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Brooke Bingham hereby requests that the Court vacate the May 16, 2017 review hearing. The government is in agreement with the request.

On June 8, 2016, the Court sentenced Mr. Bingham to twelve months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. He was also ordered to pay a $1,180.00 fine, a $20.00 penalty assessment, and ordered to attend and complete a DUI first offenders program.

Mr. Bingham has paid the entire amount of his fine and his penalty assessment. He has also completed a DUI first offenders program, proof of which was filed with the Court on October 25, 2016. *See* Dkt. # 6.

Accordingly, Mr. Bingham has complied with all conditions of his probation, and he hereby requests that his May 16, 2017 review hearing be vacated.

|   |   |   |
|---|---|---|
|   | | Respectfully submitted, |
|   | | HEATHER E. WILLIAMS<br>Federal Defender |
|   | Date: May 10, 2017 | */s/ Reed Grantham*<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant<br>BROOKE BINGHAM |

## **O R D E R**

Based on the parties' joint representation that Mr. Bingham is in compliance with the conditions of his probation, the Court vacates the review hearing scheduled for May 16, 2017, at 10:00 a.m., in case number 6:16-mj-00029-MJS.

IT IS SO ORDERED.

Dated: __May 10, 2017__          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE